# EXHIBIT 2

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

Mailing Address: P.O. Box 1689, Santa Fe, NM 87504-1689
Physical Address: 1120 Paseo de Peralta, Room 428, Santa Fe, NM 87501
Main Phone: (505) 827-4601; Main Fax (505) 827-4734; Toll Free: 1-855-4-ASK-OSI
www.osi.state.nm.us

**SUPERINTENDENT OF INSURANCE**
John G. Franchini – (505) 827-4299

**DEPUTY SUPERINTENDENT**
Robert Doucette – (505) 827-4439



**Service of Process**
Room 432
(505) 827-4241

**RECEIVED**

NOV 0 4 2016

1314 Douglas St
Omaha NE

November 1, 2016

National Fire & Marine Ins. Co.
J. Michael Gottschalk
1314 Douglas St., Suite 1400
Omaha, NE 68102-1944

Re: Welcome Properties 201, LLC Vs National Fire & Marine Insurance Co.,
D307CV2016-02325

Dear Mr. President:

In accordance with the provisions of NMSA 1978, Sections 59A-5-31 & 59A-32, enclosed is a copy of a Summons, Amended Complaint for Breach of Contract and Fiduciary Duty, Insurance Bad Faith, Violations of the Insurance Code and Unfair Trade Practices Act, Jury Demand, Order Requiring Scheduling Reports and as Discovery Plan, Expert Witness Disclosure, and Limiting Stipulations to Enlarge Time for Responsive Pleadings, and Court-Annexed Arbitration Certification, to Defendant National Fire & Marine Insurance Co. c/o Berkshire Hathaway on the above styled cause, Service has been accepted on your behalf as of November 1, 2016.

Respectfully,

*John D. Franchini*

John G. Franchini, Superintendent

Enclosure
CERTIFIED MAIL  7012 3460 0003 1668 5468

| SUMMONS | |
|---|---|
| District Court: THIRD JUDICIAL<br>Doña Ana County, New Mexico<br>Court Address: 201 W. Picacho<br>Las Cruces, New Mexico 88005<br>Court Telephone No.: 575.523.8200 | Case Number: D-307-CV-2016-02325<br><br>Assigned Judge: Manuel I. Arrieta |
| Plaintiff:<br>WELCOME PROPERTIES 201, LLC<br><br>v.<br><br>Defendant:<br>NATIONAL FIRE & MARINE INSURANCE CO. | Defendant<br><br>National Fire & Marine Insurance Co.<br>c/o Berkshire Hathaway<br>1314 Douglas<br>Omaha, NE 66102 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Las Cruces, New Mexico, this 21st day of October, 2016.

CLAUDE BOWMAN
CLERK OF DISTRICT COURT

Deputy - Joe M Martinez

/s/ Steven R. Almanzar

Signature of Attorney for Plaintiff
Name: Steven R. Almanzar
Address: PO Box 7256
Las Cruces, NM 88006-7256
Telephone No.: 575.541.8000
Email Address: steve@ay-law.com

RECEIVED

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO 1 7
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

Office of Superintendent
of Insurance

## RETURN[1]

STATE OF NEW MEXICO )
                                )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, 2, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

## USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]