UNITED STATES DISTRICT COURT FOR

FOR THE DISTRICT OF NEW MEXICO

**WELCOME PROPERTIES 201, LLC,**

    Plaintiff,

v.                                                           No. 16-cv-01301JCH-SMV

**NATIONAL FIRE & MARINE
INSURANCE COMPANY,**

    Defendant.

### JOINT STIPULATION TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, acting through their respective attorneys, that Plaintiff may file the attached Second Amended Complaint at Law to correct the date of loss in Count II as well as the claim number.

Respectfully Submitted,


/s/ Scott D. Green _____
Scott D. Green
**CHILDRESS LOUCKS & PLUNKETT, LTD.**
11 W. Illinois Street, 4th Floor
Chicago, IL 60654
Tel: 312.494.0200
Fax: 312.494.0202
sgreen@childresslawyers.com
service@childresslawyers.com
*Attorney for Plaintiff*


Joleen K. Youngers
Steven R. Almanzar
**ALMANZAR & YOUNGERS, P.A.**
P.O. Box 7256
Las Cruces, NM 88006
*Attorney for Plaintiff*


/s/ Jennifer A. Noya_____
Jennifer A. Noya
**MODRALL SPERING ROEHL HARRIS & SISK, P.A.**

1

Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth Street, N.W.
Albuquerque, New Mexico 87103
Tel: 505.848.1800
*Attorneys for Defendant*