## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW MEXICO

WELCOME PROPERTIES 201, LLC,

    Plaintiff,

v.                                                      No.16-cv-01301 JCH-SMV

NATIONAL FIRE & MARINE
INSURANCE COMPANY

    Defendant.

## ORDER ON JOINT MOTION TO EXTEND DEADLINES BY 60 DAYS

THIS MATTER came before the Court on the parties' Joint Motion to Extend Deadlines by 60 days. The Court, having considered the parties' motion, finds good cause to extend deadlines in this case as requested by the parties.

IT IS THEREFORE ORDERED THAT the parties' Joint Motion to Extend Deadlines by 60 Days is GRANTED. Defendant's disclosure of expert witnesses will be due on or before September 22, 2017. All discovery shall be completed by October 23, 2017. Motions related to discovery shall be filed by November 10, 2017. Pretrial motions shall be filed by November 20, 2017. Plaintiff shall submit its portion of the pre-trial order to Defendant by January 5, 2018. Defendant shall submit the final pre-trial order to the Court by January 19, 2018.

                                                 **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**

**Submitted by:**

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By:*/s/ Jeremy K. Harrison*
   Jennifer A. Noya
   Jeremy K. Harrison
   Post Office Box 2168
   500 Fourth Street NW, Suite 1000
   Albuquerque, New Mexico 87103-2168
   Telephone: 505.848.1800
   (jnoya@modrall.com)
   (jkh@modrall.com)

**Approved by:**

*Attorneys for Defendant*

ALMANZAR & YOUNGERS, P.A.

By: *Electronically approved July 21, 2017*
   Steven R. Almanzar
   Joleen K. Youngers
   P.O. Box 7256
   Las Cruces, NM 88006
   steve@ay-law.com
   jyoungers@ay-law.com

   and

   Scott Green
   CHILDRESS LOUCKS & PLUNKETT
   500 N. Dearborn Street, Suite 1200
   Chicago, IL 60654
   sgreen@childresslawyers.com

   *Attorneys for Plaintiff*

W2978871.DOCX