**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WELCOME PROPERTIES 201, LLC,

Plaintiff,

v. Case No. 2:16-cv-001301-JCH-SMV

NATIONAL FIRE & MARINE
INSURANCE COMPANY,

Defendants.

**NOTICE**

Please take Notice that Defendant National Fire &Marine Insurance Company has been informed that the non-party subpoenas duces tecum dated November 14, 2016 issued by Plaintiff to Haag Engineering Co and to Rimkus Consulting Group, Inc. have been voluntarily withdrawn by Plaintiff. In the event Plaintiff serves new subpoenas on each of these non-parties, Defendant reserves its rights to move for a protective order in accordance with the Federal Rules of Civil Procedure.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/Jennifer A. Noya*
Jennifer A. Noya
Jeremy K. Harrison
Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth Street, N.W.
Albuquerque, New Mexico 87103-2168
Telephone: (505) 848-1800

*Attorneys for Defendant*

WE HEREBY CERTIFY that on this 4th day of December, 2017 we filed the forgoing electronically through the court's electronic filing system, which caused the following parties or counsel to be served by electronic mail:

Steven R. Almanzar
Joleen K. Youngers
ALMANZAR & YOUNGERS, P.A.
P.O. Box 7256
Las Cruces, NM 88006

Scott Green
CHILDRESS LOUCKS & PLUNKETT
500 N. Dearborn Street, Suite 1200
Chicago, IL 60654

*Attorneys for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: * /s/ Jennifer A. Noya*
Jennifer A Noya
Y:\dox\client\87275\0001\DRAFTS\W3099016.DOCX